# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00852-CR

**Gregory Lopez, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
## NO. CR2012-396, HONORABLE GARY STEEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on July 2, 2014. On counsel's motion, the time for filing was extended to September 18, 2014. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief an additional 60 days. We grant the motion for extension of time and order appellant to file a brief no later than November 17, 2014. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 19th day of September, 2014.

Before Justices Puryear, Pemberton, and Field

Do Not Publish